David Keledjian, Esq. (SBN 309135)
Natalie McGuire, Esq. (SBN)
**D.LAW, INC.**
250 N Madison Avenue, 2nd Floor
Pasadena, CA 91101-1639
Tel.: (818) 962-6465 / Fax: (818) 962-6469
Emails: D.Keledjian@d.law, N.McGuire@d.law

Attorneys for Plaintiff KIM J. MCELROY

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Thomas M. McInerney
Carolyn B. Hall
One Embarcadero Center, Suite 900
San Francisco, CA 94111
E-mail: thomas.mcinerney@ogletree.com
E-mail: carolyn.hall@ogletree.com

Attorneys for Defendant VITALANT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KIM J. MCELROY, on behalf of herself and all others similarly situated, and the general public,

Plaintiff,

v.

VITALANT, an Arizona corporation and DOES 1 through 50, inclusive,

Defendants.

Case No. 3:25-cv-02996-RS

**~~[PROPOSED]~~ ORDER RE JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Honorable Richard Seeborg
Courtroom 3 – 17th Floor

Action filed: December 4, 2024
Action Removed: April 1, 2025

Trial Date: None Set

///

**~~[PROPOSED]~~ ORDER**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Stipulation of Plaintiff KIM J. MCELROY ("Plaintiff") and Defendant VITALANT ("Defendant") (collectively, the "Parties"), IT IS HEREBY ORDERED that the action consisting of a single remaining PAGA claim for civil penalties related to Defendant's Failure to Pay Wages Due, Negotiable and Payable in Cash on Demand (Lab Code §§ 212 and 213) is dismissed with prejudice and, accordingly, this instant action is dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

DATED: August 4, 2026

Richard Seeborg
U.S. District Court Judge